156

Jack Friedman, Appellee, v. Helmuth Kase, Appellant.
Gen. No. 44,583.

opinion
filed December 15, 1948; released for publication January 5, 1949.
Irving E. Hollobow and Laurence C. Warren, for appellant; Sherman H.
Canty, for appellee; Harry C. Kinne, of counsel. Opinion by JUSTICE
KILEY. Not to be published in full.

Samuel T. Chase, Appellee, v. W. Bramhall,
Appellant.
Gen. No. 44,400.

opinion filed

December 15, 1948; released for publication January 5, 1949. Winston, Strawn & Shaw, for appellant; George B. Christensen, Douglas C. Moir and Edward V. Wendrow, of counsel; Bentley, Bartoline & Jones, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

Michael Sekura, Appellant, v. William E. Decker, Administrator of Estate of Irene Sekura, Deceased, Appellee.

Gen. No. 44,410.

opinion filed December 15, 1948; released for publication January 5, 1949. Michael A. Gerrard, for appellant; Clarence W. Shaver, for appellee; Louis E. Levinson, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.

Elmer O. Slavik, Appellee, v. Foster Rotramel, Appellant.

Gen. No. 44,459.